JUST LAW OFFICE
STEVEN W. BOYCE—ISB No. 5243
381 Shoup Avenue
PO Box 50271, Idaho Falls, Idaho 83405
(208) 523-9106
(208) 523-9146 fax

Attorney for Flagstar Bank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE STATE OF IDAHO

IN RE:

LYNN ADAM FEHRER,

               Debtor.

Case No. 11-104  TLM
Chapter:  7

**STATEMENT OF NO OBJECTION**

The undersigned attorney for applicant represents to the Court as follows:

1.  That a copy of the Notice of Motion for Relief from Stay and Motion for Relief from Stay by Flagstar Bank (Docket #20) were mailed, first class postage pre-paid or served electronically, to each name and address as set forth in the previously filed certificate of mailing (Docket #20).

2.  That no objections have been served upon the undersigned nor to the best of my knowledge have any objections been filed in the Office of the Clerk within the time set forth in the Notice.

3.  That the applicant herein is entitled to the relief requested and the motion filed herein should be approved.

4.  A proposed order granting the motion is lodged herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

       Dated this 24th of March, 2011

                             /S/ Steven W. Boyce ISB No. 5243
                             Attorney for Flagstar Bank