# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: FEHRER, LYNN ADAM | § Case No. 11-00104-TLM |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 14, 2011.  The undersigned trustee was appointed on January 14, 2011.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of         $         15,588.44

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,510.00 |
| Bank service fees | 332.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 13,745.54 |

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/05/2011 and the deadline for filing governmental claims was 07/13/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,308.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,308.84, for a total compensation of $2,308.84.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $41.81, for total expenses of $41.81.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/30/2012     By: /s/Richard E. Crawforth
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-00104-TLM  
**Case Name:** FEHRER, LYNN ADAM  

**Trustee:** (320060) Richard E. Crawforth  
**Filed (f) or Converted (c):** 01/14/11 (f)  
**§341(a) Meeting Date:** 02/17/11  

**Period Ending:** 07/30/12  

**Claims Bar Date:** 07/05/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 RESIDENCE: 565 E. ANTON ST, MERIDIAN<br>  03/31/11: Stay relief ordered<br>  03/04/11: Motion for Stay relief filed by Flagstar Bank. No equity, doc's ok. No obj. dr | 217,000.00 | 0.00 | DA | 0.00 | FA |
| 2 CASH ON HAND<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 35.00 | 35.00 | | 35.00 | FA |
| 3 CHECKING ACCOUNT/PIONEER FCU<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 147.33 | 36.84 | | 36.84 | FA |
| 4 SAVINGS ACCOUNT/PIONEER FCU<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 125.00 | 31.25 | | 31.25 | FA |
| 5 HOUSEHOLD GOODS AND FURNISHINGS<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,595.00 | 0.00 | DA | 0.00 | FA |
| 6 CLOTHING<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 CAMPING AND SPORTING EQUIPMENT<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 425.00 | 0.00 | DA | 0.00 | FA |
| 8 GLOCK MODEL 32<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 TERM LIFE INSURANCE/STATE FARM<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 2000 FORD ECONOLINE E-250<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 1992 TOYOTA LANDCRUISER (206,000 MILES)<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 800.00 | 425.00 | | 425.00 | FA |

Printed: 07/30/2012 04:34 PM    V.13.02

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-00104-TLM
**Case Name:** FEHRER, LYNN ADAM

**Trustee:** (320060) Richard E. Crawforth
**Filed (f) or Converted (c):** 01/14/11 (f)
**§341(a) Meeting Date:** 02/17/11

**Period Ending:** 07/30/12
**Claims Bar Date:** 07/05/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12  2008 HONDA CBR 1000RR   Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 1,110.35 |  | 1,110.35 | FA |
| 13  1997 SKI NAUTIQUE BOAT AND TANDEM AXLE TRAILER   Orig. Asset Memo: Imported from original petition Doc# 1 | 16,500.00 | 16,500.00 | DA | 10,465.00 | FA |
| 14  DOG   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15  2010 CONSTRUCTION DEFECT CLAIM   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16  2010 TAX REFUNDS  (u) | 3,485.00 | 3,485.00 |  | 3,485.00 | FA |
| 16  Assets  Totals (Excluding unknown values) | $252,012.33 | $21,623.44 |  | $15,588.44 | $0.00 |

**Major Activities Affecting Case Closing:**

05/31/12: FILED REPORT OF SALE - VEHICLES
04/04/12: FILED NOTICE OF SALE BY TRUSTEE - LANDCRUISER AND MOTORCYCLE; SALE DATE 5/7/12
10/31/11: ANNUAL REPORT DUE TO US TRUSTEE
10/18/11: TRUSTEE IS WORKING WITH DEBTOR TO COLLECT NON-EXEMPT EQUITY IN MOTORCYCLE AND LANDCRUISER; WILL REVIEW CLAIMS TO MEET ETFR OF 02/29/12
05/24/11: RECEIVED ORDER GRANTING APPLICATION FOR COMPENSATION - MUSICK
05/23/11: FILED STATEMENT OF NO OBJECTION AND SUBMITTED ORDER APPROVING COMPENSATION OF AUCTIONEER - MUSICK
04/26/11: FILED AUCTIONEERS VERIFIED REPORT OF SALE AND APPLICATION FOR COMPENSATION - MUSICK; ORDER DUE 5/23/11
04/06/11: FILED ASSET NOTICE
03/30/11: RECEIVED ORDER APPROVING EMPLOYMENT OF MUSICK
03/30/11: FILED STATEMENT OF NO OBJECTION AND SUBMITTED ORDER APPROVING EMPLOYMENT OF AUCTIONEER - MUSICK
03/10/11: FILED NOTICE OF SALE ( MUSICK) - SKI NAUTIQUE BOAT; SALE DATE 4/12/11
03/02/11: FILED APPLICATION TO EMPLOY AUCTIONEER - MUSICK; ORDER DUE 3/29/11

Printed: 07/30/2012 04:34 PM    V.13.02

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-00104-TLM
**Case Name:** FEHRER, LYNN ADAM

**Trustee:** (320060) Richard E. Crawforth
**Filed (f) or Converted (c):** 01/14/11 (f)
**§341(a) Meeting Date:** 02/17/11

**Period Ending:** 07/30/12

**Claims Bar Date:** 07/05/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 15, 2011    **Current Projected Date Of Final Report (TFR):** February 29, 2012

Printed: 07/30/2012 04:34 PM    V.13.02

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-00104-TLM
**Case Name:** FEHRER, LYNN ADAM

**Taxpayer ID #:** **-***5898
**Period Ending:** 07/30/12

**Trustee:** Richard E. Crawforth (320060)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******99-66 - Checking Account
**Blanket Bond:** $82,344,543.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/11 | {16} | IDAHO STATE TAX COMMISSION | 2010 STATE TAX REFUND | 1224-000 | 1,087.00 | | 1,087.00 |
| 03/29/11 | {16} | U S TREASURY | 2010 FEDERAL TAX REFUND | 1224-000 | 2,398.00 | | 3,485.00 |
| 04/07/11 | | LYNN FEHRER | NON EXEMPT BANK ACCT FUNDS | | 103.09 | | 3,588.09 |
| | {2} | | NON EXEMPT CASH    35.00 | 1129-000 | | | 3,588.09 |
| | {3} | | NON EXEMPT BANK ACCT FUNDS    36.84 | 1129-000 | | | 3,588.09 |
| | {4} | | NON EXEMPT BANK ACCT FUNDS    31.25 | 1129-000 | | | 3,588.09 |
| 04/25/11 | {12} | LYNN FEHRER | PAYMENT FOR EQUITY IN HONDA MOTORCYCLE | 1129-000 | 100.00 | | 3,688.09 |
| 04/27/11 | | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | NET PROCEEDS FROM SALE OF 1997 SKI NAUTIQUE BOAT | | 8,955.00 | | 12,643.09 |
| | {13} | | GROSS SALES PROCEEDS AT AUCTION    10,465.00 | 1129-000 | | | 12,643.09 |
| | | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | AUCTIONEER'S FEES    -1,465.00 | 3610-000 | | | 12,643.09 |
| | | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | AUCTIONEER'S EXPENSES    -45.00 | 3620-000 | | | 12,643.09 |
| 06/09/11 | {12} | LYNN A FEHRER | PAYMENT ON EQUITY IN 2008 HONDA CBR | 1129-000 | 310.35 | | 12,953.44 |
| 06/28/11 | {12} | LYNN FEHRER | PAYMENT FOR EQUITY IN 2008 HONDA | 1129-000 | 400.00 | | 13,353.44 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.61 | 13,327.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.05 | 13,296.78 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.91 | 13,297.69 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.32 | 13,270.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.36 | 13,244.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.03 | 13,214.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.15 | 13,187.83 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.83 | 13,159.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.06 | 13,132.94 |
| 03/12/12 | {12} | LYNN A. FEHRER | BALANCE OF EQUITY IN 2008 MOTORCYCLE | 1129-000 | 300.00 | | 13,432.94 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.23 | 13,405.71 |
| 04/19/12 | {11} | LYNN A FEHRER | PAYMENT FOR EQUITY IN LANDCRUISER | 1129-000 | 425.00 | | 13,830.71 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.78 | 13,803.93 |

Subtotals :    $14,078.44    $274.51

{} Asset reference(s)

Printed: 07/30/2012 04:34 PM    V.13.02

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-00104-TLM | | **Trustee:** | Richard E. Crawforth (320060) |
|---|---|---|---|---|
| **Case Name:** | FEHRER, LYNN ADAM | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******99-66 - Checking Account |
| **Taxpayer ID #:** | **-***5898 | | **Blanket Bond:** | $82,344,543.00  (per case limit) |
| **Period Ending:** | 07/30/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.11 | 13,772.82 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.28 | 13,745.54 |
| | | | **ACCOUNT TOTALS** | | 14,078.44 | 332.90 | **$13,745.54** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,078.44 | 332.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,078.44** | **$332.90** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******99-66** | 14,078.44 | 332.90 | 13,745.54 |
| | **$14,078.44** | **$332.90** | **$13,745.54** |

{} Asset reference(s)

Printed: 07/30/2012 04:34 PM    V.13.02

# Claims Register

### Case:  11-00104-TLM    FEHRER, LYNN ADAM

Claims Bar Date:   07/05/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Richard E. Crawforth<br>410 So. Orchard St., Ste 172<br>Boise, ID 83705<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>01/14/11 |  | $2,308.84<br>$2,308.84 | $0.00 | $2,308.84 |
|  | Richard E. Crawforth<br>410 So. Orchard St., Ste 172<br>Boise, ID 83705<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>01/14/11 |  | $41.81<br>$41.81 | $0.00 | $41.81 |
|  | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC.<br>P. O. BOX 2639<br>EAGLE, ID 83616<br><3610-00  Auctioneer for Trustee Fees (including buyers premiums)>, 200 | Admin Ch. 7<br>01/14/11 |  | $1,465.00<br>$1,465.00 | $1,465.00 | $0.00 |
|  | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC.<br>P. O. BOX 2639<br>EAGLE, ID 83616<br><3620-00  Auctioneer for Trustee Expenses>, 200 | Admin Ch. 7<br>01/14/11 |  | $45.00<br>$45.00 | $45.00 | $0.00 |
| 1 | CHASE BANK USA, N.A.<br>PO BOX 15145<br><br>WILMINGTON, DE 19850-5145<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/28/11 | 0974<br><br>ok km | $14,861.62<br>$14,861.62 | $0.00 | $14,861.62 |
| 2 | RC WILLEY FINANCIAL SERVICES<br>PO BOX 65320<br><br>SALT LAKE CITY, UT 84165-0320<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/01/11 | 9088<br><br>ok km | $379.61<br>$379.61 | $0.00 | $379.61 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/05/11 | 8403/9258<br><br>ok km | $6,651.94<br>$6,651.94 | $0.00 | $6,651.94 |
|  |  |  | **Case Total:** |  | **$1,510.00** | **$24,243.82** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-00104-TLM
Case Name: FEHRER, LYNN ADAM
Trustee Name: Richard E. Crawforth

**Balance on hand:** $ 13,745.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,745.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard E. Crawforth | 2,308.84 | 0.00 | 2,308.84 |
| Trustee, Expenses - Richard E. Crawforth | 41.81 | 0.00 | 41.81 |
| Auctioneer Fees - MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | 1,465.00 | 1,465.00 | 0.00 |
| Auctioneer Expenses - MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | 45.00 | 45.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 2,350.65
Remaining balance: $ 11,394.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,394.89

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,394.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,893.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CHASE BANK USA, N.A. | 14,861.62 | 0.00 | 7,735.13 |
| 2 | RC WILLEY FINANCIAL SERVICES | 379.61 | 0.00 | 197.58 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | 6,651.94 | 0.00 | 3,462.18 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,394.89 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**