# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In re: FEHRER, LYNN ADAM    § Case No. 11-00104-TLM
                            §
                            §
                            §
Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard E. Crawforth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $242,420.00                Assets Exempt: $113,499.24
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,394.89    Claims Discharged
                                               Without Payment: $18,348.92

Total Expenses of Administration: $4,193.55

3) Total gross receipts of $ 15,588.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,588.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $326,655.94 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,193.55 | 4,193.55 | 4,193.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,966.64 | 21,893.17 | 21,893.17 | 11,394.89 |
| **TOTAL DISBURSEMENTS** | $356,622.58 | $26,086.72 | $26,086.72 | $15,588.44 |

    4) This case was originally filed under Chapter 7 on January 14, 2011. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2012          By: /s/Richard E. Crawforth
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---:|
| CASH ON HAND | 1129-000 | 35.00 |
| CHECKING ACCOUNT/PIONEER FCU | 1129-000 | 36.84 |
| SAVINGS ACCOUNT/PIONEER FCU | 1129-000 | 31.25 |
| 1992 TOYOTA LANDCRUISER (206,000 MILES) | 1129-000 | 425.00 |
| 2008 HONDA CBR 1000RR | 1129-000 | 1,110.35 |
| 1997 SKI NAUTIQUE BOAT AND TANDEM AXLE TRAILER | 1129-000 | 10,465.00 |
| 2010 TAX REFUNDS | 1224-000 | 3,485.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,588.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---:|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| NOTFILED | Specialized Loan Services | 4110-000 | 42,454.29 | N/A | N/A | 0.00 |
| NOTFILED | Honda Finance | 4110-000 | 3,889.65 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 63,069.00 | N/A | N/A | 0.00 |
| NOTFILED | Flagstar Bank | 4110-000 | 217,243.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$326,655.94** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard E. Crawforth | 2100-000 | N/A | 2,308.84 | 2,308.84 | 2,308.84 |
| Richard E. Crawforth | 2200-000 | N/A | 41.81 | 41.81 | 41.81 |
| MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | 3610-000 | N/A | 1,465.00 | 1,465.00 | 1,465.00 |
| MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | 3620-000 | N/A | 45.00 | 45.00 | 45.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.61 | 25.61 | 25.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.14 | 30.14 | 30.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.32 | 27.32 | 27.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.36 | 26.36 | 26.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.03 | 29.03 | 29.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.15 | 27.15 | 27.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.83 | 28.83 | 28.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.06 | 26.06 | 26.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.23 | 27.23 | 27.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.78 | 26.78 | 26.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.11 | 31.11 | 31.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.28 | 27.28 | 27.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,193.55 | $4,193.55 | $4,193.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CHASE BANK USA, N.A. | 7100-000 | 14,372.00 | 14,861.62 | 14,861.62 | 7,735.13 |
| 2 | RC WILLEY FINANCIAL SERVICES | 7100-000 | 881.00 | 379.61 | 379.61 | 197.58 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 6,863.00 | 6,651.94 | 6,651.94 | 3,462.18 |
| NOTFILED | Qwest | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 6,210.70 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 739.94 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,966.64 | $21,893.17 | $21,893.17 | $11,394.89 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-00104-TLM  **Trustee:** (320060) Richard E. Crawforth
**Case Name:** FEHRER, LYNN ADAM  **Filed (f) or Converted (c):** 01/14/11 (f)
 **§341(a) Meeting Date:** 02/17/11
**Period Ending:** 12/13/12  **Claims Bar Date:** 07/05/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | RESIDENCE: 565 E. ANTON ST, MERIDIAN<br>03/31/11: Stay relief ordered<br>03/04/11: Motion for Stay relief filed by Flagstar Bank. No equity, doc's ok. No obj. dr | 217,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 35.00 | 35.00 | | 35.00 | FA |
| 3 | CHECKING ACCOUNT/PIONEER FCU<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 147.33 | 36.84 | | 36.84 | FA |
| 4 | SAVINGS ACCOUNT/PIONEER FCU<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 125.00 | 31.25 | | 31.25 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,595.00 | 0.00 | DA | 0.00 | FA |
| 6 | CLOTHING<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | CAMPING AND SPORTING EQUIPMENT<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 425.00 | 0.00 | DA | 0.00 | FA |
| 8 | GLOCK MODEL 32<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | TERM LIFE INSURANCE/STATE FARM<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2000 FORD ECONOLINE E-250<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1992 TOYOTA LANDCRUISER (206,000 MILES)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 800.00 | 425.00 | | 425.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-00104-TLM  
**Case Name:** FEHRER, LYNN ADAM  

**Period Ending:** 12/13/12

**Trustee:** (320060) Richard E. Crawforth  
**Filed (f) or Converted (c):** 01/14/11 (f)  
**§341(a) Meeting Date:** 02/17/11  
**Claims Bar Date:** 07/05/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12 | 2008 HONDA CBR 1000RR<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 1,110.35 | | 1,110.35 | FA |
| 13 | 1997 SKI NAUTIQUE BOAT AND TANDEM AXLE TRAILER<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 16,500.00 | 16,500.00 | DA | 10,465.00 | FA |
| 14 | DOG<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2010 CONSTRUCTION DEFECT CLAIM<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2010 TAX REFUNDS (u) | 3,485.00 | 3,485.00 | | 3,485.00 | FA |
| 16 | Assets  Totals (Excluding unknown values) | $252,012.33 | $21,623.44 | | $15,588.44 | $0.00 |

**Major Activities Affecting Case Closing:**

10/31/12: DISTRIBUTION CHECKS PROCESSED; PENDING FINAL BANK STATEMENT; TDR TO FOLLOW  
10/29/12: PROPOSED DISTRIBUTION ORDER SUBMITTED TO COURT  
10/02/12: TFR FILED WITH COURT; PENDING DISTRIBUTION ORDER - DUE 10/29/12  
07/30/12: TFR TO UST FOR REVIEW; PENDING PERMISSION TO FILE WITH COURT  
05/31/12: FILED REPORT OF SALE - VEHICLES  
04/04/12: FILED NOTICE OF SALE BY TRUSTEE - LANDCRUISER AND MOTORCYCLE; SALE DATE 5/7/12  
10/31/11: ANNUAL REPORT DUE TO US TRUSTEE  
10/18/11: TRUSTEE IS WORKING WITH DEBTOR TO COLLECT NON-EXEMPT EQUITY IN MOTORCYCLE AND LANDCRUISER; WILL REVIEW CLAIMS TO MEET ETFR OF 02/29/12  
05/24/11: RECEIVED ORDER GRANTING APPLICATION FOR COMPENSATION - MUSICK  
05/23/11: FILED STATEMENT OF NO OBJECTION AND SUBMITTED ORDER APPROVING COMPENSATION OF AUCTIONEER - MUSICK  
04/26/11: FILED AUCTIONEERS VERIFIED REPORT OF SALE AND APPLICATION FOR COMPENSATION - MUSICK; ORDER DUE 5/23/11  
04/06/11: FILED ASSET NOTICE  
03/30/11: RECEIVED ORDER APPROVING EMPLOYMENT OF MUSICK  
03/30/11: FILED STATEMENT OF NO OBJECTION AND SUBMITTED ORDER APPROVING EMPLOYMENT OF AUCTIONEER - MUSICK  
03/10/11: FILED NOTICE OF SALE ( MUSICK) - SKI NAUTIQUE BOAT; SALE DATE 4/12/11  
03/02/11: FILED APPLICATION TO EMPLOY AUCTIONEER - MUSICK; ORDER DUE 3/29/11

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-00104-TLM  
**Case Name:** FEHRER, LYNN ADAM  

**Period Ending:** 12/13/12

**Trustee:** (320060) Richard E. Crawforth  
**Filed (f) or Converted (c):** 01/14/11 (f)  
**§341(a) Meeting Date:** 02/17/11  
**Claims Bar Date:** 07/05/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   September 15, 2011          **Current Projected Date Of Final Report (TFR):**   October 2, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-00104-TLM  
**Case Name:** FEHRER, LYNN ADAM  

**Taxpayer ID #:** **-***5898  
**Period Ending:** 12/13/12  

**Trustee:** Richard E. Crawforth (320060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account  
**Blanket Bond:** $82,344,543.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/29/11 | {16} | IDAHO STATE TAX COMMISSION | 2010 STATE TAX REFUND | 1224-000 | 1,087.00 | | 1,087.00 |
| 03/29/11 | {16} | U S TREASURY | 2010 FEDERAL TAX REFUND | 1224-000 | 2,398.00 | | 3,485.00 |
| 04/07/11 | | LYNN FEHRER | NON EXEMPT BANK ACCT FUNDS | | 103.09 | | 3,588.09 |
| | {2} | | NON EXEMPT CASH  35.00 | 1129-000 | | | 3,588.09 |
| | {3} | | NON EXEMPT BANK ACCT FUNDS  36.84 | 1129-000 | | | 3,588.09 |
| | {4} | | NON EXEMPT BANK ACCT FUNDS  31.25 | 1129-000 | | | 3,588.09 |
| 04/25/11 | {12} | LYNN FEHRER | PAYMENT FOR EQUITY IN HONDA MOTORCYCLE | 1129-000 | 100.00 | | 3,688.09 |
| 04/27/11 | | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | NET PROCEEDS FROM SALE OF 1997 SKI NAUTIQUE BOAT | | 8,955.00 | | 12,643.09 |
| | {13} | | GROSS SALES PROCEEDS AT AUCTION  10,465.00 | 1129-000 | | | 12,643.09 |
| | | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | AUCTIONEER'S FEES  -1,465.00 | 3610-000 | | | 12,643.09 |
| | | MUSICK & SONS, AUCTIONEERS & APPRAISERS, INC. | AUCTIONEER'S EXPENSES  -45.00 | 3620-000 | | | 12,643.09 |
| 06/09/11 | {12} | LYNN A FEHRER | PAYMENT ON EQUITY IN 2008 HONDA CBR | 1129-000 | 310.35 | | 12,953.44 |
| 06/28/11 | {12} | LYNN FEHRER | PAYMENT FOR EQUITY IN 2008 HONDA | 1129-000 | 400.00 | | 13,353.44 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.61 | 13,327.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.05 | 13,296.78 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.91 | 13,297.69 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.32 | 13,270.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.36 | 13,244.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.03 | 13,214.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.15 | 13,187.83 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.83 | 13,159.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.06 | 13,132.94 |
| 03/12/12 | {12} | LYNN A. FEHRER | BALANCE OF EQUITY IN 2008 MOTORCYCLE | 1129-000 | 300.00 | | 13,432.94 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.23 | 13,405.71 |
| 04/19/12 | {11} | LYNN A FEHRER | PAYMENT FOR EQUITY IN LANDCRUISER | 1129-000 | 425.00 | | 13,830.71 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.78 | 13,803.93 |

Subtotals:  $14,078.44  $274.51

{} Asset reference(s)

Printed: 12/13/2012 11:36 AM   V.13.11

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-00104-TLM  
**Case Name:** FEHRER, LYNN ADAM  

**Taxpayer ID #:** **-***5898  
**Period Ending:** 12/13/12  

**Trustee:** Richard E. Crawforth (320060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account  
**Blanket Bond:** $82,344,543.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.11 | 13,772.82 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.28 | 13,745.54 |
| 10/31/12 | 101 | Richard E. Crawforth | Dividend paid 100.00% on $41.81, Trustee Expenses;  Reference: | 2200-000 | | 41.81 | 13,703.73 |
| 10/31/12 | 102 | Richard E. Crawforth | Dividend paid 100.00% on $2,308.84, Trustee Compensation;  Reference: | 2100-000 | | 2,308.84 | 11,394.89 |
| 10/31/12 | 103 | CHASE BANK USA, N.A. | Reference your account : 0974 ( as provided on the p.o.c.); Dividend paid  52.04% on Claim# 1; Amt Filed: $14,861.62; | 7100-000 | | 7,735.13 | 3,659.76 |
| 10/31/12 | 104 | RC WILLEY FINANCIAL SERVICES | Reference your account : 9088 ( as provided on the p.o.c.); Dividend paid  52.04% on Claim# 2; Amt Filed: $379.61; | 7100-000 | | 197.58 | 3,462.18 |
| 10/31/12 | 105 | FIA CARD SERVICES, NA/BANK OF AMERICA | Reference your account : 8403/9258 ( as provided on the p.o.c.); Dividend paid  52.04% on Claim# 3; Amt Filed: $6,651.94; | 7100-000 | | 3,462.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,078.44 | 14,078.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,078.44 | 14,078.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,078.44** | **$14,078.44** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******99-66** | 14,078.44 | 14,078.44 | 0.00 |
| | **$14,078.44** | **$14,078.44** | **$0.00** |